**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6483**

---

ABDUL-AZIZ RASHID MUHAMMAD, a/k/a William A.
Brown,

Plaintiff - Appellant,

versus

J. BUNTS, Health Services Administrator; DAVID
T. BUCKINGHAM, Nurse; E. MASTELLER, PA-C; P.
BENDER, PA-C; T. PUCKETT, PA-C; DORIS
WILLIAMS, Clinical Director,

Defendants - Appellees,

and

J. D. HILL, Associate Warden of Programs; K.
M. WHITE, Regional Director, Mid-Atlantic
Regional Office; G. STONE, Superintendent of
Industry; HARRELL WATTS, Administrator,
National Inmate Appeals; B. A. BLEDSOE,
Warden, FCI Gilmer,

Defendants.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (1:03-cv-00228-IMK)

---

Submitted: September 26, 2007      Decided: November 19, 2007

---

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Abdul-Aziz Rashid Muhammad, Appellant Pro Se.  Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul-Aziz Rashid Muhammad appeals the district court's order accepting the magistrate judge's recommendations as modified and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Muhammad v. Bunts</u>, No. 1:03-cv-00228-IMK (N.D. W. Va. Mar. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>